**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mark Phillips Jr.　　　　　　　　　　　　　　CHAPTER 13
　　　　　Amanda Phillips /k/a Amanda
Cass　　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 22-22159 GLT
　　　　　　　　Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　　Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ **Brian C. Nicholas**
　　　　　　　　　　　　　　　　Brian Nicholas
　　　　　　　　　　　　　　　　08 Nov 2022, 15:21:11, EST

　　　　　　　　　　　　　　　　Brian C. Nicholas, Esq. (317240) ☑
　　　　　　　　　　　　　　　　Denise Carlon, Esq. (317226) ☐
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com