IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| In Re: | Mark Phillips, Jr., Amanda Phillips, Debtor | : Bankruptcy 22-22159-GLT |
| | | : Chapter 13 |
| | Mark Phillips, Jr., Amanda Phillips, Movant | : Document No. |
| | v. | : |
| | PNC Bank, | : |
| | Respondent. | : |

**CERTIFICATION OF NO OBJECTION REGARDING**
**Motion for Loss Mitigation # 19**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on November 7, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objections or other responsive pleading to the motion appears thereon. Pursuant to the Motion for Loss Mitigation, objections to the Motion were to be filed no later than November 21, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: November 23, 2022        By:    /s/ David A Rice, Esq.
                                Rice & Associates Law Firm
                                15 West Beau Street, Washington, PA  15301
                                724-225-7270
                                PA  50329