IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | | |
|---|---|---|---|
| In Re: | Mark Phillips, Jr.,<br>Amanda Phillips,<br>    Debtor<br>Mark Phillips, Jr.,<br>Amanda Phillips,<br>    Movant<br><br>v.<br>PNC Bank,<br><br>    Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy 22-22159-GLT<br><br>Chapter 13<br><br>Document No. |

**CERTFICATE OF SERVICE**

On this day, November 28, 2022, I hereby certify that I served a true and correct copy of the Loss Mitigation Order on the following parties via prepaid U.S. postage:

**PNC Bank
P.O. Box 8819
Dayton, OH  45401**

**PNC Bank
c/o Manley, Deas & Kochalski
P.O. Box 165028
Columbus, OH  43216**

Attorney for Movant:
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA  15301
724-225-7270
ricelaw1@verizon.net
PA ID# 50329
