IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Mark Phillips, Jr.,<br>Amanda Phillips,<br><br>    Debtors,<br><br>Mark Phillips, Jr.,<br>Amanda Phillips,<br><br>    Movants,<br><br>vs<br><br>Jefferson Capital Systems, LLC,<br><br>    Respondent. | Bankruptcy No.: 22-22159-GLT<br>Chapter 13<br>Document No.: |

## CERTIFICATION OF NO OBJECTION REGARDING
### Debtors' Objection to Claim # 6

The undersigned hereby certifies that, as of the date hereof, no responsive pleading to the Objection filed on April 3, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no responsive pleading to the objection appears thereon. Pursuant to the Notice of Hearing, responses to the Objection were to be filed and served no later than April 20, 2023.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.


Dated: 04/21/2023        By:    /s/ David A Rice, Esq.
                                Rice & Associates Law Firm
                                15 West Beau Street, Washington, PA  15301
                                724-225-7270
                                PA 50329