## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| MARK PHILLIPS, JR. and AMANDA PHILLIPS, | Case No. 22-22159-GLT |
| Debtors. | Doc. No. ___ |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
### FILED BY EQT CORPORATION PURSUANT TO
### BANKRUPTCY RULES 2002 AND 9010

Pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned counsel enters their appearance for EQT Corporation ("EQT"), and request that copies of all pleadings, motions, notices, and other papers, filed or served, in this case or any proceeding therein, be served upon the following addresses:

Luke A. Sizemore
Lucas Liben
Victoria A. Russell
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Tel: 412-288-3131
Fax: 412-288-3063
Email:  lsizemore@reedsmith.com
Email:  lliben@reedsmith.com
Email:  vrussell@reedsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to

any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive EQT's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court; (ii) right to trial by jury in any proceeding so triable in any case, controversy, or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which EQT is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 22, 2023

Respectfully submitted,

REED SMITH LLP

By: */s/ Luke A. Sizemore*
Luke A. Sizemore (PA I.D. No. 306443)
Luke Liben (PA I.D. No. 309527)
Victoria A. Russell (PA I.D. No. 327538)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: 412-288-3131
Facsimile: 412-288-3063
Email: lsizemore@reedsmith.com
Email: lliben@reedsmith.com
Email: vrussell@reedsmith.com

*Attorneys for EQT Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 22nd day of June, 2023, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system.

Dated: June 22, 2023

/s/ Luke A. Sizemore
Luke A. Sizemore