# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| MARK PHILLIPS, JR. and AMANDA PHILLIPS, | Case No. 22-22159 (GLT) |
| Debtors. | |
| EQT PRODUCTION COMPANY, | Document No. _____ |
| Movant, | Related to Document No. 59 |
| v. | |
| MARK PHILLIPS, JR. and AMANDA PHILLIPS, | |
| Respondents. | |

### NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF EQT PRODUCTION COMPANY FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) AND BANKRUPTCY RULE 4001(a)

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **July 10, 2023**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on **July 20, 2023, at 1:00 p.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-

conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's *General Procedures*, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated:  June 22, 2023                                  Respectfully submitted,

                                                       REED SMITH LLP

                                       By:    */s/ Luke A. Sizemore*
                                              Luke A. Sizemore (PA ID No. 306443)
                                              Lucas Liben (PA ID No. 309527)
                                              225 Fifth Avenue, Suite 1200
                                              Pittsburgh, PA 15222
                                              Telephone:  (412) 288-3131
                                              Facsimile:  (412) 288-3063
                                              Email:  lsizemore@reedsmith.com
                                              Email:  lliben@reedsmith.com

                                              *Counsel to EQT Production Company*