# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| MARK PHILLIPS, JR. and AMANDA PHILLIPS, | Case No. 22-22159 (GLT) |
| Debtors. | |
| EQT PRODUCTION COMPANY, | Document No. _____ |
| Movant, | Related to Document Nos. 59 and 62 |
| v. | Hearing Date: July 20, 2023, at 1:00 p.m. |
| MARK PHILLIPS, JR. and AMANDA PHILLIPS, | Objection Deadline: July 10, 2023 |
| Respondents. | |

**CERTIFICATE OF SERVICE OF MOTION OF EQT PRODUCTION COMPANY
FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO
<u>11 U.S.C. § 362(d) AND BANKRUPTCY RULE 4001(a)</u>**

I hereby certify that a true and correct copy of the *Motion of EQT Production Company for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a)* [Doc. No. 59] and the *Notice of Motion of EQT Production Company for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a)* [Doc. No. 62] was caused to be served on June 22, 2023, via transmission of Notices of Electronic filing generated by the CM/ECF System to those parties registered to receive Notices of Electronic Filing in this case and, by U.S. first class mail, postage prepaid, upon the parties listed below.

| Mark Phillips, Jr.<br>Amanda Phillips<br>1670 Pleasant Grove Road<br>Claysville, PA 15323<br>*Debtors* | Scott R. Lowden<br>100 Heathmore Avenue<br>Pittsburgh, PA 15227<br>*Counsel to Debtors* | David A. Rice<br>Rice & Associates Law Firm<br>15 West Beau Street<br>Washington, PA 15301<br>*Counsel to Debtors* |

- 2 -

| Brian C. Nicholas, Esq.<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>*Counsel to PNC Bank, National Association* | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>*Trustee* | Office of the United States Trustee<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>*U.S. Trustee* |

Dated: June 22, 2023

Respectfully submitted,

REED SMITH LLP

By:  /s/ *Luke A. Sizemore*
Luke A. Sizemore (PA I.D. No. 306443)
Luke Liben (PA I.D. No. 309527)
Victoria A. Russell (PA I.D. No. 327538)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: 412-288-3131
Facsimile: 412-288-3063
Email: lsizemore@reedsmith.com
Email: lliben@reedsmith.com
Email: vrussell@reedsmith.com

*Attorneys for EQT Corporation*