IIN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>MARK PHILLIPS, JR. and AMANDA PHILLIPS,<br><br>          Debtors. | Chapter 13<br><br>Case No. 22-22159 (GLT) |
| EQT PRODUCTION COMPANY,<br><br>          Movant,<br><br>v.<br><br>MARK PHILLIPS, JR. and AMANDA PHILLIPS,<br><br>          Respondents. | Document No. _____<br><br>Related to Document No. 67 |

**CERTIFICATE OF SERVICE OF AMENDED NOTICE OF MOTION OF EQT PRODUCTION COMPANY FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D) AND BANKRUPTCY RULE 4001(A)**

I hereby certify that a true and correct copy of the *Amended Notice of Motion of EQT Production Company for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a)* [Doc. No. 67] was caused to be served on June 23, 2023, via transmission of Notices of Electronic filing generated by the CM/ECF System to those parties registered to receive Notices of Electronic Filing in this case and, by U.S. first class mail, postage prepaid, upon the parties listed below.

| Mark Phillips, Jr.<br>Amanda Phillips<br>1670 Pleasant Grove Road<br>Claysville, PA 15323<br>*Debtors* | Scott R. Lowden<br>100 Heathmore Avenue<br>Pittsburgh, PA 15227<br>*Counsel to Debtors* | David A. Rice<br>Rice & Associates Law Firm<br>15 West Beau Street<br>Washington, PA 15301<br>*Counsel to Debtors* |

- 2 -

| Brian C. Nicholas, Esq. Denise Carlon, Esq. KML Law Group, P.C. BNY Mellon Independence Center 701 Market Street, Suite 5000 Philadelphia, PA 19106 *Counsel to PNC Bank, National Association* | Ronda J. Winnecour Suite 3250, USX Tower 600 Grant Street Pittsburgh, PA 15219 *Trustee* | Office of the United States Trustee 1001 Liberty Avenue, Suite 970 Pittsburgh, PA 15222 *U.S. Trustee* |
|---|---|---|

Dated:  June 23, 2023

Respectfully submitted,

REED SMITH LLP

By:   */s/ Luke A. Sizemore*
     Luke A. Sizemore (PA I.D. No. 306443)
     Lucas Liben (PA I.D. No. 309527)
     Victoria A. Russell (PA I.D. No. 327538)
     225 Fifth Avenue, Suite 1200
     Pittsburgh, PA 15222
     Telephone:  412-288-3131
     Facsimile:  412-288-3063
     Email:  lsizemore@reedsmith.com
     Email:  lliben@reedsmith.com
     Email:  vrussell@reedsmith.com

*Attorneys for EQT Corporation*