|  |  |
|---|---|
| **IN THE UNITED STATES BANKRUPTCY COURT**<br>**FOR THE WESTERN DISTRICT OF PENNSYLVANIA** | FILED<br>7/21/23 1:55 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

| | |
|---|---|
| IN RE:<br><br>MARK PHILLIPS, JR. and AMANDA PHILLIPS,<br><br>Debtors. | Chapter 13<br><br>Case No. 22-22159 (GLT) |
| EQT PRODUCTION COMPANY,<br><br>Movant,<br><br>v.<br><br>MARK PHILLIPS, JR. and AMANDA PHILLIPS,<br><br>Respondents. | Related to Dkt. Nos. 59, 72 |

**ORDER FURTHER EXTENDING TIME FOR THE DEBTORS TO
RESPOND TO THE MOTION OF EQT PRODUCTION COMPANY
FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT
TO 11 U.S.C. § 362(d) AND BANKRUPTCY RULE 4001(a)**

AND NOW, this 21st day of July, 2023, upon consideration of the *Consent Motion for an Order Further Extending Time for Debtors to Respond to the Motion of EQT Production Company for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a)* (the "Motion"),[1] and after due deliberation and good and sufficient cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED** as set forth herein.

---

[1] Capitalized terms used but not defined in this Order have the meanings given in the Motion.

2. The Debtors' deadline to respond to the Stay Relief Motion is extended through and including **August 2, 2023**.

Prepared by: Scott R. Lowden, Esq. and Victoria A. Russell, Esq.

Dated: July 21, 2023

_____
The Honorable Gregory L. Taddonio
Chief United States Bankruptcy Judge

Case Administrator to serve:
Scott Lowden, Esq.
Luke Sizemore, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22159-GLT |
| Mark Phillips, Jr. | Chapter 13 |
| Amanda Phillips | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Phillips, Jr., Amanda Phillips, 1670 Pleasant Grove Road, Claysville, PA 15323-1097 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| David A. Rice | |
| | on behalf of Debtor Mark Phillips Jr. ricelaw1@verizon.net, lowdenscott@gmail.com |
| David A. Rice | |
| | on behalf of Joint Debtor Amanda Phillips ricelaw1@verizon.net lowdenscott@gmail.com |
| Luke A. Sizemore | |
| | on behalf of Interested Party EQT Production Company lsizemore@reedsmith.com slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Jul 21, 2023 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

Scott R. Lowden
on behalf of Debtor Mark Phillips Jr. lowdenscott@gmail.com

Scott R. Lowden
on behalf of Joint Debtor Amanda Phillips lowdenscott@gmail.com

TOTAL: 8