IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

In Re: : Bankruptcy No. 22-22159-GLT
    Mark Phillips, Jr., :
    Amanda Phillips, :
                Debtor(s) :
    Mark Phillips, Jr., : Chapter 13
               Movant(s) :
                : Related to Document No.
    v. :
    Bright Light Enterprises, :
               Respondent(s) :

## **CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to wage Attachment dated August 9, 2023 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on August 10, 2023.

Bright Light Enterprises
Attn: Payroll Manager
1801 E Maiden Street
Washington, PA. 15301

                                              Attorney for Movant(s):
                                              Rice & Associates Law Firm
                                              /s/ David A Rice, Esq.
                                              15 West Beau Street
                                              Washington, PA 15301
                                              724-225-7270
                                              ricelaw1@verizon.net
                                              PA ID# 50329