IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-22159-GLT |
|    Mark Phillips, Jr., | : | |
|    Amanda Phillips, | : | |
|           Debtor(s) | : | |
| Mark Phillips, Jr., | : | Chapter 13 |
|           Movant(s) | : | |
| | : | Related to Document No. |
|    v. | : | |
| Bright Lights Enterprises, | : | |
|           Respondent(s) | : | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment dated September 14, 2023 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on September 14, 2023.

Bright Lights Enterprises
Attn: Payroll Manager
1480 Jefferson Avenue
Washington, PA. 15301

                                          Attorney for Movant(s):
                                          Rice & Associates Law Firm
                                          /s/ David A Rice, Esq.
                                          15 West Beau Street
                                          Washington, PA 15301
                                          724-225-7270
                                          ricelaw1@verizon.net
                                          PA ID# 50329