IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 22-22159 GLT |
| Mark Phillips, Jr., and ) | |
| Amanda Phillips f/k/a Amanda Cass ) | |
| Debtor (s) ) | |
| ) | Chapter 13 |
| Mark Phillips, Jr., and ) | |
| Amanda Phillips f/k/a Amanda Cass ) | |
| Movant(s) ) | |
| v. ) | Related to Doc No. 97 |
| ) | |
| EQT Production Company, and ) | Hearing: 1/12/24 at 10:30 AM |
| Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

## CERTIFICATION OF NO RESPONSE REGARDING MOTION TO APPROVE FINANCING

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on December 15, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, responses to the Motion were to be filed and served no later than January 1, 2024.

It is hereby respectfully requested that the *Order of Court - Amended* filed at DN 99 be entered by the Court.

Dated: January 2, 2024

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA I.D. 72116
100 Heathmore Ave.
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254