IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 22-22159 GLT |
| Mark Phillips, Jr., and | ) | |
| Amanda Phillips f/k/a Amanda Cass | ) | |
| Debtor s | ) | |
| | ) | Chapter 13 |
| Mark Phillips, Jr., and | ) | |
| Amanda Phillips f/k/a Amanda Cass | ) | |
| Movants | ) | |
| v. | ) | Related to Document No. 97 |
| | ) | |
| EQT Production Company, and | ) | |
| Ronda J. Winnecour, Trustee | ) | Hearing: 1/12/24 at 10:30 AM |
| | ) | |
| Respondents | ) | |

## MODIFIED DEFAULT ORDER

**AND NOW,** this 3rd day of January 2024, upon consideration of the Debtor's Motion to Approve Financing with EQT Production Company (the "Motion"),[1] it is hereby **ORDERED, ADJUDGED and DECREED** that the Debtors are hereby granted permission to enter into the Open End Mortgage, Security Agreement and Fixture Filing, the Promissory Note, and the Second Amendment to Lease with EQT Production Company. The Financing Documents are approved to provide for the Subrogation Claim of EQT Production Company. The monthly debt service shall be provided by an amount equal to the royalty and all other payments due to the Debtors under the EQT Lease. The loan will mature on the date that the EQT lease payments retained by EQT are equal to and sufficient to payoff the outstanding principal balance of the loan. There is no interest on the loan or any other amounts advanced by EQT to protect the leased premises.

The Trustee is hereby directed to close off the payment record to PNC Bank, NA, Claim #2, and to reallocate any funds on reserve for the claim to general plan funding.

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee, and U.S. Trustee. Movant shall file a certificate of service within three (3) days hereof.

Prepared by:   Scott Lowden, Esq.

**DEFAULT ENTRY**

Dated: January 03, 2024

_____
Gregory L. Taddonio    jah
Chief United States Bankruptcy Judge

Case Administrator to serve:
Scott Lowden, Esq.

---

[1] Capitalized terms used but not defined in this Order have the meanings given in the Motion

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22159-GLT |
| Mark Phillips, Jr. | Chapter 13 |
| Amanda Phillips | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Phillips, Jr., Amanda Phillips, 1670 Pleasant Grove Road, Claysville, PA 15323-1097 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Mark Phillips Jr. ricelaw1@verizon.net, lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Amanda Phillips ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Luke A. Sizemore | on behalf of Interested Party EQT Production Company lsizemore@reedsmith.com slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Mark Phillips  Jr. lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Joint Debtor Amanda Phillips lowdenscott@gmail.com

TOTAL: 9