IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

In Re: : Bankruptcy No. 22-22159-GLT
    Mark Phillips, Jr., :
    Amanda Phillips, :
                Debtor(s) :
    Mark Phillips, Jr., : Chapter 13
                Movant(s) :
                 : Related to Document No.
    v. :
    Bright Lights Enterprises, :
                Respondent(s) :

## **CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment dated March 15, 2024 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on March 15, 2024.

Bright Lights Enterprises
Attn: Payroll Manager
1801 E Maiden Street
Washington, PA. 15301

                                          Attorney for Movant(s):
                                          Rice & Associates Law Firm
                                          /s/ David A Rice, Esq.
                                          15 West Beau Street
                                          Washington, PA  15301
                                          724-225-7270
                                          ricelaw1@verizon.net
                                          PA ID# 50329