IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: ) | | |
| ) | Bankruptcy No. 22-22159 GLT | |
| Mark Phillips, Jr. ) | | |
| Amanda Phillips ) | | |
| Debtor (s) ) | | |
| Mark Phillips, Jr. ) | Chapter 13 | |
| Amanda Phillips ) | | |
| Movant(s) ) | Related to Doc No 119 | |
| v. ) | | |
| ) | Related to Claim 8 | |
| Washington County Tax Claim Office ) | | |
| ) | Hearing: 4/16/25 at 10:30 AM | |
| Respondent(s) ) | | |

**CERTIFICATION OF NO RESPONSE REGARDING OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on March 17, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, responses to the Objection were to be filed and served no later than April 3, 2025.

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

Dated: April 4, 2025

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA ID 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254