FILED
5/7/25 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | Bankruptcy No. 22-22159 GLT |
| ) | |
| Mark Phillips, Jr. ) | |
| Amanda Phillips ) | Chapter 13 |
|     Debtor(s). ) | |
| Mark Phillips, Jr. ) | |
| Amanda Phillips ) | |
|     Movant(s), ) | Related to POC #7, #7-2, #7-3 |
| vs. ) | |
| Washington County Tax Claim Office, ) | Related Dkt. No. 124 |
| and Ronda J. Winnecour, Trustee ) | |
|     Respondent(s) ) | |

**CONSENT ORDER**

It is hereby agreed, by and among the Debtors, through Scott R. Lowden, Esquire, counsel for the Debtor(s), Ronda Winnecour, Chapter 13 Trustee and Washington County Tax Claim Office as follows:

1. Washington County Tax Claim Office filed POC #7 regarding real estate taxes owed for parcel 060-017-00-00-0018-00 at 391 McKee Road, Washington, PA 15301 on September 21, 2023 for tax years 2021 and 2022 in the secured amount of $9,250.69 at nine percent interest. The claim was provided for in the confirmed plan dated September 14, 2023.

2. Washington County Tax Claim Office subsequently filed amended POC #7-2 on March 7, 2025 regarding the above-mentioned parcel that erroneously amended the claim to $0.00.

3. Finally, the Washington County Tax Claim Office filed amended POC #7-3 on March 14, 2025 regarding the above-mentioned parcel for tax years 2021, 2022, 2023 and 2024 in the secured amount of $6,088.25 at nine percent interest.

1

4. The parties agree that POC #7-3 supplements rather than amends POC #7 and #7-2. POC #7-3 reflects the total amount due for the tax years 2021, 2022, 2023 and 2024 as of March 14, 2025 and accounts for all prior distributions in the case up to that date.

5. The Trustee has created a payment record for Westmoreland County Tax Claim Office at CID #2 relying upon POC #7-3. The Trustee's website currently provides for payment to the Creditor in the total amount of $6,088.25 at nine percent interest with the principal due in the amount of $2,903.96.

5. The Debtors, the Trustee and Washington County Tax Claim Office consent to the closing off of the record regarding POC #7 as of March 14, 2025, agree that payments on POC #7 were proper, and consent to the Trustee creating a new payment record for POC #7-3 in the amount of $6,088.25 at nine percent interest beginning March 14, 2025.

6. This Agreement shall be incorporated into, and become part of, the Debtors' Chapter 13 Plan dated September 14, 2023 at DN 89, and confirmed on March 15, 2024 by Order at DN 115.

Prepared by: Scott R. Lowden and Owen W. Katz

So ORDERED, this __7th__, day of __May__, 20_25_.

_____
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

Consented to:

/s/ Scott R. Lowden
Scott R. Lowden, Esquire
PA ID 72116
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
lowdenscott@gmail.com
 (412) 374-7161
Attorney for Debtor



/s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

/s/ Frances A.Czernicki
Francis A. Czernicki, Office Operations Supervisor
Washington County Tax Claim Office
95 West Beau Street, Suite 525
Washington, PA 15301

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22159-GLT |
| Mark Phillips, Jr. | Chapter 13 |
| Amanda Phillips | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 07, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Phillips, Jr., Amanda Phillips, 1670 Pleasant Grove Road, Claysville, PA 15323-1097 |
| | + | Frances A. Czernicki, Office Operations Supervisor, Washington County Tax Claim Office, 95 West Beau Street, Suite 525, Washington, PA 15301-6837 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | |
| | on behalf of Debtor Mark Phillips Jr. ricelaw1@verizon.net, lowdenscott@gmail.com |
| David A. Rice | |
| | on behalf of Joint Debtor Amanda Phillips ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Luke A. Sizemore | |
| | on behalf of Interested Party EQT Production Company lsizemore@reedsmith.com dsteinmeyer@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;ecostantinou@reedsmith.com;ecostantinou@reedsmith.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 07, 2025 | Form ID: pdf900 | Total Noticed: 2 |

                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
                    on behalf of Debtor Mark Phillips  Jr. lowdenscott@gmail.com

Scott R. Lowden
                    on behalf of Joint Debtor Amanda Phillips lowdenscott@gmail.com

TOTAL: 8