FILED
6/2/25 10:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mark Phillips, Jr.      )<br>      Amanda Phillips             )<br>                                  )<br>                                  )<br>                                  )<br>                Debtor(s).           )<br>_____X | Case No. 22-22159 GLT<br><br>Chapter 13<br><br>Related Dkt. no. 126 |

**STIPULATED ORDER MODIFYING PLAN**

      **WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

            a motion to dismiss case or certificate of default requesting dismissal

☒      a plan modification sought by:   Mark Jr. and Amanda Phillips

            a motion to lift stay
            as to creditor  _____

☒      Other:   The plan is being modified to incorporate the terms of Consent Order DN#125, to cure plan arrears and to provide for additional attorney fees to Rice & Associates Law Firm without decreasing the percentage or amount to be paid to other creditors through the plan and to cure plan arrears.

      **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

      **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

            Chapter 13 Plan dated  _____
☒      Amended Chapter 13 Plan dated  September 14, 2023

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

-1-

☒  Debtor(s) Plan payments shall be changed from $ 607.00  to $ 756.00   per Month, effective   May 2025 ; and/or the Plan term shall be changed from _____ months to _____ months.

☐  In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐  Debtor(s) shall file and serve _____ on or before _____.

☐  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒  Other:  The modification incorporates the terms of Consent Order DN#125 and provides funds to Rice & Associates Law Firm in the total amount of $22,556.03.  The approved attorney fees to date total $17,556.03.  The additional attorney fees limited to $5,000.00 shall be awarded based upon future fee applications approved by Order of Court.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this ___ day of ___ _____, 2025

Dated: __6/2/25_____

_____
United States Bankruptcy Judge

Stipulated by:

 /s/ Scott R. Lowden_____
Scott R. Lowden - Counsel to Debtor
PA ID 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
(412) 292-4254
lowdenscott@gmail.com

Stipulated by:

 /s/ James Warmbrodt_____
James Warmbrodt, Esq.
Counsel to Chapter 13 Trustee
600 Grant Street
Suite 3250 US Steel Tower
Pittsburgh, PA 15219

Stipulated by:

_____

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22159-GLT |
| Mark Phillips, Jr. | Chapter 13 |
| Amanda Phillips | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 02, 2025 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Phillips, Jr., Amanda Phillips, 1670 Pleasant Grove Road, Claysville, PA 15323-1097 |
| 15543143 | + | Kadie Phillips, 40 BelAire Drive, Washington, PA 15301-2679 |
| 15543144 | + | Phoenix Financial Serv / AHN ER Group, Attn: Bankruptcy, Po Box 361450, Indianapolis,, IN 46236-1450 |
| 15543147 | + | Washington Co Drs, 100 W Beau St, Washington, PA 15301-4432 |
| 15543148 | + | Washington Co Real Estate Taxes, c/o County Treasurer, 100 West Beau Street, Suite 102, Washington, PA 15301-4432 |
| 16501829 | + | Washington County Tax Claim Office, 95 West Beau St. Ste 525, 95 West Beau St. Ste 525, Washington, PA 15301-6837 |
| 15639290 | + | Washington County Tax Claim Office, 95 West Beau St. Ste 525, Washington, PA 15301-6837 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15543139 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 03 2025 00:47:00 | Credit Collection Services / Progressive, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15553281 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 03 2025 00:46:00 | ECMC, Post Office Box 16408, St. Paul, MN 55116-0408 |
| 15543140 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 03 2025 00:46:00 | IC Systems, Inc / Direct TV, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 15543141 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 03 2025 00:46:00 | IC Systems, Inc / Sprint, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 15560264 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 03 2025 00:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15543142 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 03 2025 00:46:00 | Jefferson Capital Systems / Verizon, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303-2198 |
| 15550201 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 03 2025 00:46:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg OH 45342 |
| 15543146 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 03 2025 00:46:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15543145 | + | Email/Text: amps@manleydeas.com | Jun 03 2025 00:46:00 | Pnc Bank, National Association, c/o Manley Deas & Kochalski, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15543551 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 03 2025 01:04:23 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |
| 15543149 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 03 2025 00:46:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15553469 | + | Email/Text: bankruptcy@firstenergycorp.com | Jun 03 2025 00:46:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 02, 2025 | Form ID: pdf900 | Total Noticed: 19 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | EQT Production Company |
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Mark Phillips Jr. ricelaw1@verizon.net, lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Amanda Phillips ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Luke A. Sizemore | on behalf of Interested Party EQT Production Company lsizemore@reedsmith.com dsteinmeyer@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;ecostantinou@reedsmith.com;ecostantinou@reedsmith.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Joint Debtor Amanda Phillips lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Debtor Mark Phillips Jr. lowdenscott@gmail.com |

TOTAL: 8