**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARK PHILLIPS, JR.<br>AMANDA PHILLIPS<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Case No.:22-22159 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/02/2022 and confirmed on 12/06/2022 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 28,252.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 28,247.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 11,295.16 | |
|   Trustee Fee | 1,581.79 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,876.95 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 10,153.44 | 10,153.44 | 0.00 | 10,153.44 |
|     Acct: 2375 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2375 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2375 | | | | |
|   WASHINGTON COUNTY TAX CLAIM BURE | 3,184.29 | 3,184.29 | 1,006.02 | 4,190.31 |
|     Acct: 1800 | | | | |
|   WASHINGTON COUNTY TAX CLAIM BURE | 6,088.25 | 802.25 | 224.05 | 1,026.30 |
|     Acct: 1800 | | | | |
|   US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8886 | | | | |
| | | | | 15,370.05 |
| Priority | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK PHILLIPS, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 22-22159 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Priority

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| MARK PHILLIPS, JR. | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICE AND ASSOCIATES | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICE AND ASSOCIATES | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NICOTERO & LOWDEN PC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICE AND ASSOCIATES | 12,556.03 | 6,295.16 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX9-24 | | | | |
| RICE AND ASSOCIATES | 5,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6700 | | | | |
| WASHINGTON COUNTY TAX CLAIM BURE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0700 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2375 | | | | |

***NONE***

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0314 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3932 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6242 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PHOENIX FINANCIAL SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9540 | | | | |
| WEST PENN POWER* | 1,976.82 | 0.00 | 0.00 | 0.00 |
| Acct: 3666 | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3172 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7087 | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KADIE PHILLIPS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LUKE A SIZEMORE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                                        15,370.05

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 19,425.98 |
| UNSECURED | 1.976.82 |

Date: 02/11/2026

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com